# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                               dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                ltrust@osbornlawpc.com

July 15, 2025

**APPLICATION GRANTED** 07/16/2025

*Hon. Katharine H. Parker, U.S.M.J.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/16/2025

Honorable Katharine H. Parker
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

                Re:    *Goodwine v. Commissioner of Social Security*
                          <u>Civil Action No. 1:25-cv-03324-AT-KHP</u>

Dear Judge Parker,

      We write on behalf of plaintiff, James Goodwine, and with the consent of the defendant, to request a 60-day extension to file plaintiff's motion for judgment on the pleadings which is due on July 24, 2025, per the Court's Standing Scheduling Order. This is the parties' first request for an extension.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. **<u>Plaintiff to file his motion for judgment on the pleadings on or before September 22, 2025;</u>**

b. **<u>Defendant to file its response/cross-motion on or before November 21, 2025; and</u>**

c. **<u>Plaintiff to file his reply (if any) on or before December 5, 2025.</u>**

43 West 43rd Street, Suite 131       Telephone 212-725-9800       osbornlawpc.com
New York, New York 10036          Facsimile  212-500-5115       info@osbornlawpc.com

Honorable Katharine H. Parker
July 15, 2025
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)