# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2025

September 19, 2025

**APPLICATION GRANTED**
*Hon. Katharine H. Parker, U.S.M.J.*
09/22/2025

**VIA ECF**

Honorable Katharine H. Parker
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

   Re: *Goodwine v. Commissioner of Social Security*
      Civil Action No. 1:25-cv-03324-AT-KHP

Dear Judge Parker,

  We write on behalf of plaintiff, James Goodwine, and with the consent of the defendant, to request an 8-day extension to file plaintiff's motion for judgment on the pleadings which is due on September 22, 2025, per the Court's July 16, 2025 Order Granting Extension of Time to File. This is the parties' Second request for an extension. The Plaintiff requests this extension due to a religious holiday next week.

  After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. **Plaintiff to file his motion for judgment on the pleadings on or before September 30, 2025;**

b. **Defendant to file its response/cross-motion on or before December 1, 2025; and**

c. **Plaintiff to file his reply (if any) on or before December 8, 2025.**

Honorable Katharine H. Parker
September 19, 2025
Page Two

       Thank you for your consideration of this request.

                          Respectfully submitted,

                          s/Daniel A. Osborn
                          Daniel A. Osborn
                          OSBORN LAW, P.C.
                          43 West 43rd Street, Suite 131
                          New York, New York 10036
                          Telephone:    212-725-9800
                          Facsimile:     212-500-5115
                          dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)