**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
  JAMES G.,

                                    Plaintiff,                    25 **CIVIL** 3324 (GRJ)

          -v-                                                     **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.
--------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Decision and Order dated May 5, 2026, Plaintiff's Motion for Judgment on

the Pleadings (Docket No. 15) is GRANTED and this case is REMANDED for further

administrative proceedings. Final judgment is entered in favor of the Plaintiff; accordingly, the

case is closed.

**Dated:**  New York, New York

          May 7, 2026


                                        **TAMMI M. HELLWIG**
                                  _____
                                              **Clerk of Court**


                          **BY:**            K. mango
                                  _____
                                             **Deputy Clerk**